UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. ED CV 14-00726-GAF (PLA)                                    Date  May 30, 2014

Title:  Lisa Ann Colmery-Pinkerton v. Carolyn W. Colvin, Acting Commissioner of Social Security Administration

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS           ☐ U.S. DISTRICT JUDGE
                                                    ☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
            NONE                                             NONE

**PROCEEDINGS:**     **(IN CHAMBERS)**

Pursuant to this Court's Order of April 25, 2014, plaintiff was ordered to file a Proof of Service showing compliance with Paragraph 1 of the Court's Order no later May 27, 2014. On May 27, 2014, the Court received a copy of a summons issued on that same date. Attached to the back of the summons is a proof of service which appears to show service by certified mail on defendants Michael J. Astrue and Carolyn W. Colvin. The form provides no further information. Accordingly, **no later than June 6, 2014, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders. Filing of the proper Proof of Services pursuant to the manner required by Rule 4(i) of the Federal Rules of Civil Procedure (see April 25, 2014, Order at ¶1) on or before June 6, 2014, shall be deemed compliance with this Order to Show Cause.

cc:    Lisa Ann Colmery-Pinkerton, pro se
       AUSA - Office of the US Attorney

                                                        Initials of Deputy Clerk    ch