# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  ED CV 14-00726-JFW (PLA)                                   Date  December 10, 2014

Title:  Lisa Ann Colmery-Pinkerton v. Carolyn W. Colvin, Acting Commissioner of Social Security Administration

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**     (IN CHAMBERS)

The Court is in receipt of defendant's Notice, filed on December 8, 2014, indicating defense counsel's inability, despite repeated efforts, to contact plaintiff by telephone as required by the Court's April 25, 2014, Order re Further Proceedings (see paragraph 4).  Accordingly, **no later than December 24, 2014, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders by not making herself available to confer with defendant.  Full compliance by plaintiff with the Order re Further Proceedings, and plaintiff and defendant notifying the Court of such prior to December 24, 2014, shall be deemed compliance with this Order to Show Cause.

The Court clerk is directed to provided plaintiff with another copy of the Order re Further Proceedings along with this Order.

cc:    Lisa Ann Colmery-Pinkerton, pro se
        Michael K. Marriott, SAUSA

Initials of Deputy Clerk____ch____