JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LISA ANN COLMERY-PINKERTON,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CAROLYN W. COLVIN, ACTING  )<br>COMMISSIONER OF SOCIAL  )<br>SECURITY,  )<br>  )<br>Defendant.  )<br>_____ ) | No. ED CV 14-726-JFW (PLA)<br><br>**JUDGMENT** |

Pursuant to the order accepting findings, conclusions, and recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint in this matter is dismissed with prejudice.

DATED: May 12, 2015

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE